Case 20-33110 Document 21 Filed in TXSB on 06/21/20 Page 1 of 3



ENTERED
06/21/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Juniper Specialty Products LLC, | § | |
| SGCE LLC | § | CASE NO. 20-33109 |
| | § | CASE NO. 20-33110 |
| Debtors. | | (Joint Administration Requested) |

# ORDER (I) DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF
(Docket No. 2)

On the motion (the "Motion") for joint administration of these cases under Bankruptcy Rule 1015 and for related relief, the Court orders (the "Order") that the above-referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

2. ☒ All of the jointly administered case not previously assigned to Judge Isgur are transferred to Judge Isgur.

3. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. ☒ Other: See below.

IT IS FURTHER ORDERED THAT:

1. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Juniper Specialty Products LLC, Case No. 20-33109.

2. The caption of the jointly administered cases should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **Juniper Specialty Products LLC,** | § | |
| **SGCE LLC** | § | CASE NO. 20-33109 |
| | § | CASE NO. 20-33110 |
| Debtors. | | **(Joint Administration Requested)** |

3. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Eco-Stim Energy Solutions, Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Juniper Specialty Products LLC.(20-33109); and SGCE LLC.(20-33110). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 20-33109.**

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

6. The Debtors may file monthly operating reports and post-effective date quarterly operating reports on a consolidated basis for the jointly administered Debtors; provided, however, that income and disbursements shall be tracked and broken out on a Debtor-by-Debtor basis.

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on the claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Notice of the Motion satisfies the Local Rules.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 21, 2020

_____
Marvin Isgur
United States Bankruptcy Judge